RECEIVED
AT 8:30
MAY 23 2012
WILLIAM T. WALSH, CLERK
M

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Title of Action: MUHAMMAD v VERIZON

Your Name,

CHARLES MUHAMMAD     Civil Action No. 2:12 cv 3090 (DMC)

-vs-

VERIZON     COMPLAINT  Violation of Economic
                      Due Process, Falsifying
                      Financial Records 18 USCA
Defendant(s).         §§ 1506, 2071, 2073

## PARTIES

VERIZON CORPORATION'S TECHNICAL, LOCAL
MANAGERIAL, FINANCIAL etc.

## JURISDICTION

Summary Jurisdiction, Court's
jurisdiction in a Summary proceeding.

## CAUSE OF ACTION

PROXIMATE CAUSE, that is legally
sufficient to result in liability.

## DEMAND

Restitution as usual when the defendant
has been unjustly enriched at the plaintiff's
expense. Unspecified damages.

_____
(Signature of Plaintiff)

IFP 28 U.S.C. §1746