CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 AUG 6 PM 3 40

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Title of Action: MUHAMMAD v. VERIZON

Your Name, CHARLES MUHAMMAD
Plaintiff

Civil Action No. 2:12 CV 309d(DMC)

-vs-

VERIZON, TELECOMMUNICA-
TIONS, NETWORKS.

Defendant(s).

**COMPLAINT** PROOF OF SERVICE
DEFAULT, RULE 4(i) as of right.
Review by Extraordinary
writ. § 201.40, § 201.45

**PARTIES**

VERIZON TELECOMMUNICATIONS NETWORKS.
140 WEST STREET
NEW YORK, NY 10007

Article III
Civil Rule 58 Court.
"However merely entering
judgement on the docket does not
confer jurisdiction on circuit
court."

**JURISDICTION** § 201.11. Under liberal inter-
pretation 28 U.S.C. § 1291... A Court may
certify an order that disposes of a claim
exist against remaining parties.

**CAUSE OF ACTION**

inexcusable neglect, neglect that implies more
than unintentional, inadvertence. for example:
failing to notify plaintiff of answers: admissions and
denyals. Fed.R.C.P.(Key)2656 **DEMAND** Judgement (Key) 362
defendant(s). the **RESPONSE TO COMPLAINT**, from the
not true, admit statements are true. Civil justice.

_____
(Signature of Plaintiff)

IFP 28 U.S.C. § 1746 DATE: NEWARK Pro Se
7/26/12 900 Franklin Address
NEWARK NJ 02107
973 485-4486

CERTIFICATION OF SERVICE

I, _CHARLES MUHAMMAD_ , certify that a copy of my motion was served
(Name of Moving Party)

by _MAIL_ on _7/26/12_ upon:
(Mail, Personal Service, etc.)          (Date)

_VERIZON NETWORKS_
(Name of Opposing Party)

_INC.,_
_140 WEST STREET_
_NEW YORK NY 10007_
(Address of Opposing Party)

_[signature]_
Name (Signature)

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 AUG 6 PM 3 40

NEW YORK NY 100
03 AUG 2012 PM 9 L

C. MUHAMMAD

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2012 AUG 6 PM 3 40

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
U.S. COURTHOUSE
50 WALNUT STREET
NEWARK NJ 07101

ATTN: WILLIAM T. WALSH, CLERK